| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Northern District of California |
| Case number *(If known)*: _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 105
# Involuntary Petition Against an Individual                              12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☐ Chapter 7
   ☑ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's full name**

   Kenneth
   First name

   W.
   Middle name

   Mattson
   Last name

   _____
   Suffix (Sr., Jr., II, III)

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

   n/a

4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

   ☐ Unknown

   xxx – xx – 6 0 7 4       OR       9xx – xx – ____ ____ ____ ____

5. **Any Employer Identification Numbers (EINs) used in the last 8 years**

   ☐ Unknown

   __ __ – __ __ __ __ __ __ __
   EIN

   __ __ – __ __ __ __ __ __ __
   EIN

Official Form 105                    Involuntary Petition Against an Individual                    page **1**

Debtor    Kenneth W. Mattson                                  Case number (if known)_____

| 6. Debtor's address | **Principal residence** | **Mailing address, if different from residence** |
|---|---|---|
| | 3003 Castle Road<br>Number    Street | P.O. Box 5490<br>Number    Street |
| | Sonoma                CA    95476<br>City                   State  ZIP Code | Vacaville              CA    95696<br>City                   State  ZIP Code |
| | Sonoma<br>County | |
| | **Principal place of business** | |
| | 3003 Castle Road<br>Number    Street | |
| | Sonoma                CA    95476<br>City                   State  ZIP Code | |
| | Sonoma<br>County | |

| 7. Type of business | ☐ Debtor does not operate a business |
|---|---|
| | *Check one if the debtor operates a business:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☑ None of the above |

| 8. Type of debt | **Each petitioner believes:** |
|---|---|
| | ☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." |
| | ☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment. |

| 9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor? | ☐ No |
|---|---|
| | ☑ Yes. Debtor KS Mattson Partners, LP    Relationship Equity Interest<br>District N.D. Cal.    Date filed 11/22/2024    Case number, if known TBD<br>                    MM / DD / YYYY |
| | Debtor LeFever Mattson, a California corporation    Relationship Equity Interest<br>District N.D. Cal.    Date filed 09/12/2024    Case number, if known 24-10545<br>                    MM / DD / YYYY |

Official Form 105                Involuntary Petition Against an Individual                page **2**

Case: 24-10714    Doc# 1    Filed: 11/22/24    Entered: 11/22/24 11:34:59    Page 2 of 6

Debtor  Kenneth W. Mattson                              Case number (if known)_____

## Part 3: Report About the Case

**10. Venue**

Reason for filing in this court.

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| LeFever Mattson, a California corporation | See Attachment A | $ 420,146.23 |
| | | $ |
| | | $ |
| | Total | $ 420,146.23 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Case: 24-10714    Doc# 1    Filed: 11/22/24    Entered: 11/22/24 11:34:59    Page 3 of 6

Debtor  Kenneth W. Mattson          Case number (if known)

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X /s/ Bradley D. Sharp, CRO
Signature of petitioner or representative, including representative's title

LeFever Mattson, a California corporation
Printed name of petitioner

Date signed  11/22/2024
             MM / DD / YYYY

Mailing address of petitioner
6359 Auburn Blvd., Suite B
Number   Street

Citrus Heights          CA       95621
City                    State    ZIP Code

If petitioner is an individual and is not represented by an attorney:
Contact phone
Email

Name and mailing address of petitioner's representative, if any
Bradley D. Sharp
Name

333 S. Grand Avenue, Suite 4100
Number   Street

Los Angeles             CA       90071
City                    State    ZIP Code

**Attorneys**

X /s/ Thomas B. Rupp
Signature of attorney

Thomas B. Rupp
Printed name

Keller Benvenutti Kim LLP
Firm name, if any

425 Market Street, 26th Floor
Number   Street

San Francisco           CA       94105
City                    State    ZIP Code

Date signed  11/22/2024
             MM / DD / YYYY

Contact phone (415) 496-6723   Email trupp@kbkllp.com

Debtor     **Kenneth W. Mattson**                                    Case number (*if known*)_____

✖ _____
Signature of petitioner or representative, including representative's title

_____
Printed name of petitioner

Date signed   _____
              MM  /  DD  / YYYY

**Mailing address of petitioner**

_____
Number    Street

_____
City                State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City           State ZIP Code

✖ _____
Signature of Attorney

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                State          ZIP Code

Date signed   _____
              MM  /  DD  / YYYY

Contact phone  _____   Email  _____

✖ _____
Signature of petitioner or representative, including representative's title

_____
Printed name of petitioner

Date signed   _____
              MM  /  DD  / YYYY

**Mailing address of petitioner**

_____
Number    Street

_____
City                State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                State          ZIP Code

✖ _____
Signature of Attorney

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                State          ZIP Code

Date signed   _____
              MM  /  DD  / YYYY

Contact phone  _____   Email  _____

**Attachment A to Involuntary Petition Against Kenneth W. Mattson**

Petitioner LeFever Mattson, a California corporation ("LeFever Mattson"), and 60 of its affiliates are debtors in chapter 11 cases currently pending in the United States Bankruptcy Court for the Northern District of California, Santa Rosa Division (the "Chapter 11 Cases").

The Chapter 11 Cases were precipitated by Petitioner's discovery of a years-long campaign of self-serving transactions by Alleged Debtor Kenneth W. Mattson—Petitioner's 50% shareholder and former CEO—many of which were not recorded in the books and records of LeFever Mattson or its affiliates (the "Mattson Transactions").

In January 2024, LeFever Mattson entered into an indemnification agreement with Mr. Mattson (the "Indemnification Agreement"), under which Mr. Mattson and his Affiliates (as defined in the Indemnification Agreement), including KS Mattson Partners, LP ("KSMP"), agreed to indemnify LeFever Mattson and its Affiliates with respect to the "numerous transactions" pursuant to which Mr. Mattson "secured funds on terms and conditions not clearly documented."

LeFever Mattson has incurred, and will continue to incur, significant expense, including legal expense, to address and remediate the Mattson Transactions. On June 27, 2024, LeFever Mattson made a demand of Mr. Mattson and his Affiliates, including KSMP, for repayment of $420,146.23 in legal expenses incurred by LeFever Mattson in connection with the Mattson Transactions (the "Indemnification Payment"), which demand has not been satisfied.

The Indemnification Payment is neither contingent as to liability nor the subject of a bona fide dispute as to liability or amount. Indeed, Mr. Mattson and KSMP caused payment to be made on LeFever Mattson's prior demand under the Indemnification Agreement, in the amount of $200,000, on May 10, 2024.