Thomas P. Kelly III, Attorney at Law
Law Offices of Thomas P. Kelly III P.C.
CA 230699, OR 080927, DC 1000147
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>KENNETH W. MATTSON<br><br>Debtor.<br><br>SSN : XXX-XX-6074 | Case Number: 24-10714<br><br>Chapter 11<br><br>REQUEST FOR SPECIAL NOTICE<br><br>11 U.S.C. §101(5)<br>11 U.S.C. §101(10)<br>11 U.S.C. §1109(b)<br>F.R.B.P. 9010 |

TO THE DEBTOR, THE COURT, OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES HEREIN:

PLEASE TAKE NOTICE that the undersigned hereby requests special notice in the case referenced above pursuant to 11 U.S.C. §§101(5),(10), 11 U.S.C. §1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure. The requesting party does not represent any party in the case referenced above, and is merely an interested party.

Dated: December 14, 2024

*Thomas P. Kelly III*
Thomas P. Kelly III
Attorney at Law

Thomas P. Kelly III
50 Old Courthouse Sq.
Suite 609
Santa Rosa, California
95404-4926
(707)545-8700

REQUEST FOR SPECIAL NOTICE

Case: 24-10714    Doc# 20    Filed: 12/14/24    Entered: 12/14/24 14:04:03    Page 1 of 1

Page 1 of 1

IN RE MATTSON 24-10714