Micheline N. Fairbank, Bar No. 226038
**FENNEMORE CRAIG P.C.**
7800 Rancharrah Parkway
Reno, NV 89704
Tel: (775) 788-2200
Email: mfairbank@fennemorelaw.com

Daniel Rapaport, Bar No. 67217
Mark Bostick, Bar No. 111241
Kurt Franklin, Bar No. 172715
Thiele R. Dunaway, Bar No. 130953
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, CA 94607
Tel: (510) 834-6600 / Fax: (510) 834-1928
Email: drapaport@fennemorelaw.com
        mostick@fennemorelaw.com
        kfranklin@fennemorelaw.com
        rdunaway@fennemorelaw.com

James Hill, Bar No. 90478
Chris V. Hawkins, Bar No. 222961
**FENNEMORE LLP**
600 B. Street, 17th Floor
San Diego, CA 92101
Tel: (619) 233-4100 / Fax: (619) 231-4372
Email: jhill@fennemorelaw.com
        chawkins@fennemorelaw.com

Attorneys for
KENNETH W. MATTSON

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| In Re:<br><br>KENNETH W. MATTSON<br><br>Respondent Debtor. | Case No. 24-10714<br><br>Chapter 11<br><br>**RESPONDENT DEBTOR KENNETH W. MATTSON'S MOTION TO DISMISS INVOLUNTARY PETITION**<br><br>Date: February 5, 2025<br>Time: 11:00 a.m.<br>Place: 1300 Clay Street, Courtroom 215<br>           Oakland, CA 94612<br>           In Person or Telephone/Video Conference<br>Judge: The Honorable Charles Novack |

1

Case No. 24-10714

50860255.1/069731.0013

Respondent Debtor Kenneth W. Mattson (hereafter "Mattson"), through its counsel of record, respectfully moves to dismiss the involuntary petition filed in this Chapter 11 case on the grounds that 1) the purported obligation associated with the "debt" is the subject of a bona fide dispute pursuant to 11 U.S.C. § 303(b)(1); or 2) the amount of any alleged "debt" is itself contested under 11 U.S.C. § 303(b)(1); and 3) this case has become a forum for the ancillary resolution of disputes between Matson and Petitioner LeFever Mattson, a California Corporation ("LeFever Mattson").

For these reasons, and as elaborated in the accompanying Memorandum of Points and Authorities in support of this Motion to Dismiss, dismissal of this involuntary bankruptcy action is warranted.

Dated: December 20, 2024  FENNEMORE WENDEL

By: */s/ Mark Bostick*
Mark Bostick
Thiele R. Dunaway
James P. Hill
Christopher V. Hawkins
Attorneys for KS MATTSON PARTNERS, LP