Micheline N. Fairbank, Bar No. 226038
**FENNEMORE CRAIG P.C.**
7800 Rancharrah Parkway
Reno, NV 89704
Tel: (775) 788-2200
Email: mfairbank@fennemorelaw.com

Daniel Rapaport, Bar No. 67217
Mark Bostick, Bar No. 111241
Kurt Franklin, Bar No. 172715
Thiele R. Dunaway, Bar No. 130953
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, CA 94607
Tel: (510) 834-6600 / Fax: (510) 834-1928
Email: drapaport@fennemorelaw.com
       mostick@fennemorelaw.com
       kfranklin@fennemorelaw.com
       rdunaway@fennemorelaw.com

James Hill, Bar No. 90478
Chris V. Hawkins, Bar No. 222961
**FENNEMORE LLP**
600 B. Street, 17th Floor
San Diego, CA 92101
Tel: (619) 233-4100 / Fax: (619) 231-4372
Email: jhill@fennemorelaw.com
       chawkins@fennemorelaw.com

Attorneys for KENNETH W. MATTSON

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| In Re:<br><br>KENNETH W. MATTSON<br><br>Respondent Debtor. | Case No. 24-10714<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON RESPONDENT DEBTOR KENNETH W. MATTSON'S MOTION TO DISMISS INVOLUNTARY PETITION**<br><br>Date: February 5, 2025<br>Time: 11:00 a.m.<br>Place: 1300 Clay Street, Courtroom 215<br>     Oakland, CA 94612<br>     In Person or Telephone/Video Conference<br>Judge: The Honorable Charles Novack |

50859422.1/069731.0013

**TO: THE DEBTOR, ALL CREDITORS OF THE ESTATE, THE UNITED STATES TRUSTEE AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that a hearing will be held in the courtroom of the Honorable Charles Novack, United States Bankruptcy Judge, United States Bankruptcy Court, Northern District of California, on **February 5, 2025** at **11:00 a.m.**, to consider and act upon Kenneth W. Mattson's Motion to Dismiss Involuntary Petition ("**Motion**").

**PLEASE TAKE FURTHER NOTICE t**hat counsel, parties, and other interested parties may attend in person in Courtroom 215 in Oakland, by Zoom video, or by Zoom telephone. Additional information is available on Judge Novack's Procedures page on the court's website, and information on how to attend the hearing by Zoom will be included with each calendar posted under Judge Novack's Calendar on the court's website.

Any objections to the Motion must be served on the undersigned and filed with the Clerk of the United States Bankruptcy Court, Northern District of California, Oakland Division, 1300 Clay Street, Third Floor, Oakland, CA 94612, by no later than fourteen (14) days before the date of the hearing; i.e. by **January 22, 2025.** Copies of the motion may be obtained from the Clerk of the Bankruptcy Court, off Pacer, or upon request from the undersigned.

Dated: December 20, 2024    FENNEMORE WENDEL

By:*/s/ Mark Bostick*
Mark Bostick
Thiele R. Dunaway
James P. Hill
Christopher V. Hawkins
Attorneys for KENNETH W. MATTSON

50859422.1/069731.0013

# CERTIFICATE OF SERVICE

I, Jeanne Rose, declare:

I am a citizen of the United States and am employed in the County of Alameda. I am over the age of 18 years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California, 94607-4036.

On the date set forth below I caused to be served the following document(s):

**RESPONDENT DEBTOR KENNETH W. MATTSON'S MOTION TO DISMISS INVOLUNTARY PETITION**

**NOTICE OF HEARING ON RESPONDENT DEBTOR KENNETH W. MATTSON'S MOTION TO DISMISS INVOLUNTARY PETITION**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF RESPONDENT DEBTOR KENNETH W. MATTSON'S MOTION TO DISMISS INVOLUNTARY PETITION**

**REQUEST FOR JUDICIAL NOTICE**

on each party listed below in the following manner:

☐ BY FIRST CLASS MAIL: by placing said document(s) in a sealed envelope with postage fully prepaid, in a United States mail box at _Oakland, CA, addressed as set forth below.

☐ BY PERSONAL SERVICE: by causing to be delivered by reputable messenger service said document(s) addressed as set forth below.

☐ BY ELECTRONIC MAIL: by transmitting via email said document(s) to the email address set forth below.

☒ **(ECF):** Pursuant to controlling General Orders and LBR, the foregoing document(s) will be served by the court via Notice of Electronic Filing ("NEF") and hyperlink to the document(s). On the date set forth below, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the list of parties to receive NEF transmission at the email addresses stated below:

Mark Bostick on behalf of Debtor Kenneth W. Mattson
mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com

Theodore A. Cohen on behalf of Creditor Socotra Capital, Inc.
TCohen@sheppardmullin.com, mtzeng@sheppardmullin.com

Christopher Crowell on behalf of Creditor Citizens Business Bank
ccrowell@hrhlaw.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SR
jared.a.day@usdoj.gov

Michael C. Fallon on behalf of Attorney Michael C Fallon
mcfallon@fallonlaw.net, manders@fallonlaw.net

John D. Fiero on behalf of Other Prof. Official Committee of Unsecured Creditors of LeFever Mattson
jfiero@pszjlaw.com, ocarpio@pszjlaw.com

Todd S. Garan on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QO3
ecfcanb@aldridgepite.com, TSG@ecf.inforuptcy.com

Debra I. Grassgreen on behalf of Other Prof. Official Committee of Unsecured Creditors of LeFever Mattson
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SR
deanna.k.hazelton@usdoj.gov

Robert B. Kaplan on behalf of Creditor Umpqua Bank
rbk@jmbm.com

Thomas Philip Kelly, III on behalf of Interested Party Thomas Philip Kelly, III
tomkelly@sonic.net

Jeannie Kim on behalf of Creditor Socotra Capital, Inc.
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

Dara Levinson Silveira on behalf of Petitioning Creditor LeFever Mattson, a California corporation
dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com

Thomas G. Mouzes on behalf of Creditor C.P. Grellas Partnership
tmouzes@boutinjones.com

Office of the U.S. Trustee / SR
USTPRegion17.SF.ECF@usdoj.gov

Jason Rosell on behalf of Other Prof. Official Committee of Unsecured Creditors of LeFever Mattson
jrosell@pszjlaw.com, mrenck@pszjlaw.com

Thomas B. Rupp on behalf of Petitioning Creditor LeFever Mattson, a California corporation
trupp@kbkllp.com

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SR
phillip.shine@usdoj.gov

Wayne A. Silver on behalf of Creditor Denise Ebbett
ws@waynesilverlaw.com, ws@waynesilverlaw.com

50859422.1/069731.0013

Brooke Elizabeth Wilson on behalf of Other Prof. Official Committee of Unsecured Creditors of LeFever Mattson
bwilson@pszjlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 20, 2024, at Oakland, California.

                                      */s/ Jeanne Rose*
                                      Jeanne Rose