**Entered on Docket**
**November 7, 2025**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**The following constitutes the order of the Court.**
**Signed: November 7, 2025**

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>KENNETH W. MATTSON,<br><br>Debtor. | Case No.  24-10714 CN<br>Chapter 7<br><br>**ORDER REGARDING PROOF**<br>**OF CLAIM FILING DEADLINE** |

The above-captioned bankruptcy case was filed as a chapter 11 involuntary petition on November 22, 2024.  An Order for Relief was entered on September 5, 2025, and the case was converted to chapter 7 on September 22, 2025.

On September 25, 2025, the court entered docket text indicating that the deadline for creditors to file proofs of claim was November 14, 2025 (the "Docket Text").  That same day, the court issued a Notice of Chapter 7 Bankruptcy Case (the "Notice").  The title and paragraph 10 of the Notice stated that no deadline for filing proofs of claim had been set.  Paragraph 10 further indicated that notice would be sent out if and when a proof of claim filing deadline is set.

The court issues this order to address any confusion resulting from the inconsistency between the Docket Text and the Notice.  Further, given that no schedules have been filed in the case, setting a deadline to file proofs of claim would be unproductive.  Accordingly,

**IT IS HEREBY ORDERED** that:

1. The November 14, 2025 proof of claim deadline in the Docket Text is vacated.

2. A proof of claim filing deadline will be set once schedules are on file. Any proof of claim filing deadline will be communicated to all parties via subsequent court order.

**\*\*\*END OF ORDER\*\*\***

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 24-10714 CN

# COURT SERVICE LIST

All Case Participants

Case: 24-10714    Doc# 168    Filed: 11/07/25    Entered: 11/07/25 14:09:31    Page 3 of 3