Entered on Docket
November 19, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1  JANINA M. HOSKINS
   P.O. Box 158
2  Middletown, CA 95461
   Telephone: (707) 483-2910
3  jmelder7@aol.com

4

5  CHAPTER 7 TRUSTEE

**The following constitutes the order of the Court.
Signed: November 19, 2025**

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA
Santa Rosa Division

In re                                   )   Case No.  24-10714
                                        )
KENNETH W. MATTSON,                     )   Chapter 7
                                        )
          Debtor.                       )
                                        )

**ORDER RE STIPULATION TO EXTEND DEADLINE TO FILE
ADVERSARY COMPLAINTS UNDER 11 U.S.C. §§ 523 AND 727**

The Court having considered the Stipulation to Extend Deadline to File Adversary Complaints Under 11 U.S.C. §§ 523 and 727 by and between Janina M. Hoskins, Chapter 7 Trustee of the estate of Kenneth W. Mattson, and counsel for Kenneth W. Mattson, filed as Docket. No. 175, and for good cause appearing,

IT IS HEREBY ORDERED that the deadline for all parties-in-interest, all creditors, the Chapter 7 Trustee and the Office of the United States Trustee to file any Adversary Proceedings under 11 U.S.C. §§ 523 and 727 is extended to, and including, March 20, 2026.

*** END OF ORDER**

ORDER RE STIP TO EXTEND 523 AND 727 DEADLINES

Court Service List

In re Kenneth W. Mattson 24-10714

NONE

ORDER RE STIP TO EXTEND 523 AND 727 DEADLINES