Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com
jhayes@fhlawllp.com
RWitthans@fhlawllp.com

Counsel to Janina M. Hoskins, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re

KENNETH W. MATTSON,

Debtor.

Case No. 24-10714
Chapter 7

DECLARATION IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

I, Jay D. Crom, hereby declare:

1. I am a certified public accountant in the State of California, and am a partner in the firm of Bachecki, Crom & Co., LLP, Certified Public Accountants.

2. I have held a license as certified public accountant for over forty-three (43) years. I also hold a certificate from the Association of Insolvency and Restructuring Advisors as a Certified Insolvency and Restructuring Advisor. I also hold a certificate as a Certified Fraud Examiner.

3. The accounting firm has extensive experience in providing financial investigation, tax

preparation, bankruptcy accounting and financial advisory services.

4. To the best of my knowledge, information and belief, Bachecki, Crom & Co., LLP, has no connection, except as set forth herein, with any of the parties or interested persons in the within bankruptcy case.

5. Except for employment by the Trustee in unrelated cases, neither the accounting firm, its members, nor its employees have connections with the debtor, creditors, or any other party in interest, their respective attorneys and accountants, or the United States Trustee or any other person employed by the office of the United States Trustee.

6. That the accounting firm is not presently employed by any creditor of the estate; does not hold any interest adverse to the estate; and, the accounting firm, its officers and employees, are disinterested persons as defined by 11 USC sect 101(14), all as required by 11 USC section 327 (a).

7. Bachecki, Crom & Co., LLP began work on this matter after being engaged by the Trustee on December 5, 2025. The Trustee requests that the effective date of Bachecki, Crom & Co., LLP's employment, if approved, be December 5, 2025.

I declare under penalty and perjury that the foregoing is true and correct.

Executed in South San Francisco, California on December 5, 2025.

_____
JAY D. CROM