Entered on Docket
December 10, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Jay D. Crom, CPA #33893
Bachecki, Crom & Co., LLP
Certified Public
Accountants & Consultants
400 Oyster Point Blvd., Ste. 106
South San Francisco, CA 94080
Tel. (415) 398-3534
jcrom@bachcrom.com

Accountants for Trustee
Janina M. Hoskins

The following constitutes the order of the Court.
Signed: December 10, 2025

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>KENNETH W. MATTSON,<br><br>Debtor. | Case No. 24-10714<br>Chapter 7 |

<u>ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT</u>

    JANINA M. HOSKINS ("Applicant"), the trustee herein, having filed the Application for Order Authorizing Employment of Accountant and it appearing to the Court that entry of such order is in the best interest of Applicant and this estate, and that the proposed accountant, Jay D. Crom, Bachecki, Crom & Co., LLP, Certified Public Accountants & Consultants, is disinterested and neither holds nor represents an interest adverse to Applicant, the Chapter 7 debtor or this estate with respect to the specific matters for which employment is sought, and for good cause appearing therefore, IT IS HEREBY ORDERED that Applicant is authorized to employ Jay D. Crom, Bachecki, Crom & Co., LLP, Certified Public Accountants & Consultants, as the Trustee's accountant to prepare and file tax returns; to prepare tax projections and perform tax analysis; to analyze tax claims filed in this case; to analyze the tax impact of potential

transactions; to serve as Trustee's general accountant and to consult with the Trustee and the Trustee's counsel as to those matters for this estate at a fee subject to court approval. The court's Guidelines for Compensation and Reimbursement will apply. They are available at https://www.canb.uscourts.gov/procedure/guidelines-compensation-and-expense-reimbursement-professional-and-trustees.

IT IS FURTHER ORDERED that Jay D. Crom, Bachecki, Crom & Co., LLP, Certified Public Accountants & Consultants, be empowered to act, through its officers and employees, for and on behalf of the trustee and or the estate, to represent them before any taxing authority including the Internal Revenue Service and the California Franchise Tax Board, to receive confidential information, to make written or oral presentations of fact or argument, and to perform any and all acts on behalf of the trustee and the estate which the trustee is by law permitted, regarding any tax matter which may arise during the administration of the estate. No compensation shall be allowed or paid except pursuant to further Court order.

IT IS FURTHER ORDERED that Jay D. Crom, Bachecki, Crom & Co., LLP, Certified Public Accountants & Consultants, shall be employed as of December 5, 2025.

**END OF ORDER**

COURT SERVICE LIST

"No Court service required"