Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
Brent D. Meyer (266152)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com
jhayes@fhlawllp.com
RWitthans@fhlawllp.com
bmeyer@fhlawllp.com

Counsel to Janina M. Hoskins,
Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>KENNETH W. MATTSON,<br><br>        Debtor. | Case No. 24-10714<br>Chapter 7 |

SUPPLEMENTAL DECLARATION
OF ACCOUNTANT FOR TRUSTEE

I, Austin J. Wade, declare as follows:

1. On December 10, 2025 the Court entered an order authoring employment of Bachecki, Crom & Co., LLP, Certified Public Accountants (BCC), as accountants for Trustee Janina M. Hoskins.

2. On December 5, 2025, Jay D. Crom executed a declaration in support of the Trustee's application for employment of my firm. In reviewing that declaration, I just became aware of a connection not previously disclosed.

1

2          3.  Our CPA firm will be providing forensic accounting services in the related LeFever

3   Mattson chapter 11 bankruptcy case #24-10545.  Our role is to investigate the historical business

4   operations and financial affairs of LeFever Mattson and summarize and communicate findings

5   regarding whether LeFever Mattson acted like a typical property management or real estate

6   development company, or if it possessed any of the common characteristics of a classic "Ponzi"

7   scheme.  We will be working for a group of creditors referred to as the "Tillman Opposing

8   Investors," that are represented by Michael C. Fallon, Esq. and Perry, Johnson, Anderson, Miller

9   & Moskowitz, LLP.  The Tillman Opposing Investors consist of the following parties: Ruth

10  Tillman; Robert Dean Rhoads, individually and as Trustee of the Robert Donald Rhoads Living

11  Trust; Dolores Rhoads, individually and as Trustee of the Dolores Irene Rhoads Living Trust;

12  Elaine Lockwood; Sylvia Vreeland; Ward Pitman and Anne Pitman, as Trustees of the Ward and

13  Anne Pitman Trust; Randall Roth, individually and as Trustee of the Randall D. Roth and Diane

14  L. Roth Revocable Living Trust; Gregory Poulios; Kay Poulios; Donald Hicks, individually and

15  as Trustee of the Hicks Living Trust; Kimberlie Hicks, as Trustee of the Hicks Living Trust;

16  Corey Anderson and Ute Anderson, as Trustees of the Corey and Ute Anderson Living Trust;

17  Daniel Wallen and Maria Wallen, as Trustees of the Wallen Family Trust; David Ciappara and

18  Irene Ciappara, as Trustees of the David and Irene Ciappara Living Trust; Vitas Alekna and Dalia

19  Alekna, as Trustees of the Vitas Alekna and Dalia Alekna 2002 Revocable Trust; Nancy Sloan, as

20  Trustee of the Nancy M. Sloan Revocable Trust; Daniel Dowell, individually; and Peter S.

21  Strickland, as Trustee of the Peter S. Strickland Trust

22          I declare under penalty of perjury that the foregoing is true and correct.

23          Executed in South San Francisco, California on ____1/12/2026_____.

24

25                                                    ____/s/ Austin J. Wade_____
                                                      AUSTIN J. WADE, partner
26                                                    BACHECKI, CROM & CO., LLP

27

28