Form NPD

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| In Re:     Kenneth W. Mattson | Case No.: 24–10714 CN 7 |
|       Debtor(s) | Chapter: 7 |

**NOTICE OF POSSIBLE DIVIDEND**

TO THE DEBTOR AND ALL INTERESTED PARTIES:

Notice is given that the notice of meeting of creditors advised you that there were no assets in this case. It now appears that a payment of a dividend may be possible.

**Pursuant to Federal Rule of Bankruptcy Procedure 3002(c)(5), creditors may file proofs of claim on or before 6/22/26.**

A proof of claim form, in blank with instructions for completion, is available from the Court at the address listed below, or online at: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx .

In order to receive a copy of your proof of claim you must:

1.  Enclose with your proof of claim one (1) original and one (1) copy of your proof of claim.

2.  You must also enclose a self–addressed, postage paid envelope large enough to accommodate your conformed copy of the claim.

3.  Please sign your name in ink, and then print or type your name clearly underneath your signature.

Unless all of the above steps are completed, no return conformed copy of your claim will be sent out.

THERE IS NO FEE FOR FILING CLAIMS

MAIL CLAIMS TO:

U.S. Bankruptcy Court
1300 Clay Street, Suite 300
Oakland, CA 94612

Dated: 3/19/26

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 234