

Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Telephone:     (415) 616-0466
Facsimile:      (415) 398-2820
Email:          sfinestone@fhlawllp.com
Email:          jhayes@fhlawllp.com
Email:          rwitthans@fhlawllp.com

Attorneys for Janina M. Hoskins,
Chapter 7 Trustee

**The following constitutes the order of the Court.**
**Signed: April 6, 2026**

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 24-10714-CN |
| KENNETH W. MATTSON, | Chapter 7 |
| Debtor. | **ORDER APPROVING STIPULATION REGARDING DISPOSAL OF PERSONAL PROPERTY** |

On March 31, 2026, Janina M. Hoskins, the Chapter 7 Trustee in the above-captioned bankruptcy case (the "Trustee"), filed a Stipulation for Entry of Order re Disposal of Personal Property (ECF 239, the "Stipulation"), pursuant to which the Trustee and Kenneth Mattson (the "Debtor") stipulated to entry of an order authorizing the Trustee to dispose of personal property in which the Debtor claims an exemption (the "Personal Property") that is located at the real property commonly known as 62A Farragut Avenue #A, Piedmont, CA 94610 (the "Property"). Upon due consideration and good cause appearing therefor, the Court orders as follows:

1.      The Trustee has the right, but not the obligation, to dispose of any personal property, including the Personal Property, remaining at the Property as of April 1, 2026.

2.      The Trustee may take actions consistent with this order, without the necessity of a further court order.

**\*\*\*END OF ORDER\*\***

**ORDER APPROVING STIPULATION FOR TRUSTEE TO DISPOSE OF PERSONAL PROPERTY**

1/2

**COURT SERVICE LIST**

*ECF Participants Only*

**ORDER APPROVING STIPULATION FOR TRUSTEE TO DISPOSE OF PERSONAL PROPERTY**

Case: 24-10714    Doc# 244    Filed: 04/06/26    Entered: 04/06/26 12:55:26    Page 2 of 2