Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Telephone:     (415) 616-0466
Facsimile:     (415) 398-2820
Email:         sfinestone@fhlawllp.com
Email:         jhayes@fhlawllp.com
Email:         rwitthans@fhlawllp.com

Attorneys for Janina M. Hoskins,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SANTA ROSA DIVISION

| | |
|---|---|
| In re KENNETH W. MATTSON,<br><br>Debtor. | Case No. 24-10714-DM<br>Chapter 7<br><br>**CERTIFICATE OF SERVICE** |

I am over the age of eighteen and not a party to this action. My business address is 456 Montgomery Street, Floor 20, San Francisco, CA 94104. I caused a true and correct copy of the following documents:

**CHAPTER 7 TRUSTEE'S MOTION TO APPROVE STIPULATION WITH LFM PLAN RECOVERY TRUST CONCERNING SUBORDINATION OF CLAIMS**

**DECLARATION OF JANINA M. HOSKINS IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION TO APPROVE STIPULATION BETWEEN THE LFM PLAN RECOVERY TRUST AND THE CHAPTER 7 TRUSTEE FOR KENNETH MATTSON CONCERNING SUBORDINATION OF CLAIMS**

**AMENDED NOTICE AND OPPORTUNITY FOR HEARING ON CHAPTER 7 TRUSTEE'S MOTION TO APPROVE STIPULATION WITH LFM PLAN RECOVERY TRUST CONCERNING SUBORDINATION OF CLAIMS** (the "Notice")

to be served in the manner(s) stated below.

**I.     SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
Pursuant to controlling General Orders and Local Bankruptcy Rules, service of all the foregoing documents was accomplished by the court via NEF and link to the document. On June 9, 2026, I checked the CM/ECF notifications for this action and determined that the following persons received the documents by NEF as stated below:

CERTIFICATE OF SERVICE                                                                                          1

Gabrielle L. Albert on behalf of Creditor LeFever Mattson, a California corporation
galbert@kbkllp.com

Ruth Elin Auerbach on behalf of Debtor Kenneth W. Mattson
ruth.auerbach.esq@gmail.com

Elizabeth J. Cabraser on behalf of Interested Party Federal Plaintiffs
ecabraser@lchb.com, awolf@lchb.com

Theodore A. Cohen on behalf of Creditor Socotra Capital, Inc.
TCohen@sheppardmullin.com, mtzeng@sheppardmullin.com

Jay D. Crom
jcrom@bachcrom.com

Christopher Crowell on behalf of Creditor Citizens Business Bank
ccrowell@frandzel.com, mbrandenberg@frandzel.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SR
jared.a.day@usdoj.gov

Michael C. Fallon on behalf of Attorney Michael C Fallon
mcfallon@fallonlaw.net, manders@fallonlaw.net

Reno Fernandez on behalf of Creditor Samuel Haley
reno@bindermalter.com, ecf@macfern.com

Gregg Martin Ficks on behalf of Creditor Timothy J. LeFever
gficks@coblentzlaw.com

John D. Fiero on behalf of Other Prof. Official Committee of Unsecured Creditors of LeFever Mattson
jfiero@pszjlaw.com, ocarpio@pszjlaw.com

Todd S. Garan on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QO3
ecfcanb@aldridgepite.com, TSG@ecf.inforuptcy.com

Thomas M. Geher on behalf of Creditor Columbia Bank
tgeher@jeffer.com, tmg@ecf.inforuptcy.com

Steven W Golden on behalf of Other Prof. Official Committee of Unsecured Creditors of LeFever Mattson
sgolden@pszjlaw.com

Michael J. Gomez on behalf of Creditor KeyBank National Association
mgomez@frandzel.com, autodocket@frandzel.com

CERTIFICATE OF SERVICE                                                                    2

Debra I. Grassgreen on behalf of Other Prof. Official Committee of Unsecured Creditors of LeFever Mattson
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Jennifer C. Hayes on behalf of Trustee Janina M Hoskins
jhayes@fhlawllp.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SR
deanna.k.hazelton@usdoj.gov

Janina M Hoskins
jmelder7@aol.com, Ca80@ecfcbis.com

Lance N. Jurich on behalf of Creditor LAFM Loan Owner, LLC
ljurich@loeb.com, pmatsuda@loeb.com

Robert B. Kaplan on behalf of Creditor Umpqua Bank
rkaplan@jeffer.com

Thomas Philip Kelly, III on behalf of Interested Party Thomas Philip Kelly, III
tomkelly@sonic.net

Jeannie Kim on behalf of Creditor Socotra Capital, Inc.
jkim@go2.law, wggllp@ecf.courtdrive.com

Dara Levinson Silveira on behalf of Creditor LeFever Mattson, a California corporation
dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com

Thomas G. Mouzes on behalf of Creditor C.P. Grellas Partnership
tmouzes@boutinjones.com, cdomingo@boutinjones.com

Office of the U.S. Trustee / SR
USTPRegion17.SF.ECF@usdoj.gov

Mark J. Romeo on behalf of Creditor Reprop Financial Mortgage Investors, LLC
romeolaw@msn.com

Jason Rosell on behalf of Other Prof. Official Committee of Unsecured Creditors of LeFever Mattson
jrosell@pszjlaw.com, mrenck@pszjlaw.com

Vadim J Rubinstein on behalf of Creditor LAFM Loan Owner, LLC
vrubinstein@loeb.com

Thomas B. Rupp on behalf of Creditor LeFever Mattson, a California corporation
trupp@kbkllp.com

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SR
phillip.shine@usdoj.gov

CERTIFICATE OF SERVICE                                                        3

Case: 24-10714   Doc# 258   Filed: 06/09/26   Entered: 06/09/26 13:11:36   Page 3 of 13

Wayne A. Silver on behalf of Creditor Denise Ebbett
ws@waynesilverlaw.com, ws@waynesilverlaw.com

Christopher Thomas on behalf of Plaintiff Fidelity National Title Insurance Company
christopher.thomas@fnf.com

Gerrick Warrington on behalf of Creditor KeyBank National Association
gwarrington@frandzel.com, achase@frandzel.com

Craig A. Welin on behalf of Creditor KeyBank National Association
cwelin@frandzel.com, bwilson@frandzel.com

Brooke Elizabeth Wilson on behalf of Other Prof. Official Committee of Unsecured Creditors of LeFever Mattson
bwilson@pszjlaw.com

Ryan A. Witthans on behalf of Trustee Janina M Hoskins
rwitthans@fhlawllp.com

Richard L. Wynne on behalf of Creditor KS MATTSON PARTNERS, LP
richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com

Ruth Elin Auerbach on behalf of Debtor Kenneth W. Mattson
ruth.auerbach.esq@gmail.com

Elizabeth J. Cabraser on behalf of Interested Party Federal Plaintiffs
ecabraser@lchb.com, awolf@lchb.com

Theodore A. Cohen on behalf of Creditor Socotra Capital, Inc.
TCohen@sheppardmullin.com, mtzeng@sheppardmullin.com

Jay D. Crom
jcrom@bachcrom.com

Christopher Crowell on behalf of Creditor Citizens Business Bank
ccrowell@frandzel.com, mbrandenberg@frandzel.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SR
jared.a.day@usdoj.gov

Michael C. Fallon on behalf of Attorney Michael C Fallon
mcfallon@fallonlaw.net, manders@fallonlaw.net

Reno Fernandez on behalf of Creditor Samuel Haley
reno@bindermalter.com, ecf@macfern.com

Gregg Martin Ficks on behalf of Creditor Timothy J. LeFever
gficks@coblentzlaw.com

CERTIFICATE OF SERVICE 4

Case: 24-10714   Doc# 258   Filed: 06/09/26   Entered: 06/09/26 13:11:36   Page 4 of 13

John D. Fiero on behalf of Other Prof. Official Committee of Unsecured Creditors of LeFever Mattson
jfiero@pszjlaw.com, ocarpio@pszjlaw.com

Todd S. Garan on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QO3
ecfcanb@aldridgepite.com, TSG@ecf.inforuptcy.com

Thomas M. Geher on behalf of Creditor Columbia Bank
tmg@jmbm.com, tmg@ecf.inforuptcy.com

Steven W Golden on behalf of Other Prof. Official Committee of Unsecured Creditors of LeFever Mattson
sgolden@pszjlaw.com

Michael J. Gomez on behalf of Creditor KeyBank National Association
mgomez@frandzel.com, mbrandenberg@frandzel.com

Debra I. Grassgreen on behalf of Other Prof. Official Committee of Unsecured Creditors of LeFever Mattson
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Jennifer C. Hayes on behalf of Trustee Janina M Hoskins
jhayes@fhlawllp.com
Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SR
deanna.k.hazelton@usdoj.gov

Janina M Hoskins
jmelder7@aol.com, Ca80@ecfcbis.com

Lance N. Jurich on behalf of Creditor LAFM Loan Owner, LLC
ljurich@loeb.com, pmatsuda@loeb.com

Robert B. Kaplan on behalf of Creditor Umpqua Bank
rbk@jmbm.com

Thomas Philip Kelly, III on behalf of Interested Party Thomas Philip Kelly, III
tomkelly@sonic.net

Jeannie Kim on behalf of Creditor Socotra Capital, Inc.
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

Dara Levinson Silveira on behalf of Creditor LeFever Mattson, a California corporation
dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com

Thomas G. Mouzes on behalf of Creditor C.P. Grellas Partnership
tmouzes@boutinjones.com, cdomingo@boutinjones.com

CERTIFICATE OF SERVICE 5

Case: 24-10714   Doc# 258   Filed: 06/09/26   Entered: 06/09/26 13:11:36   Page 5 of 13

Office of the U.S. Trustee / SR
USTPRegion17.SF.ECF@usdoj.gov

Mark J. Romeo on behalf of Creditor Reprop Financial Mortgage Investors, LLC
romeolaw@msn.com

Jason Rosell on behalf of Other Prof. Official Committee of Unsecured Creditors of LeFever Mattson
jrosell@pszjlaw.com, mrenck@pszjlaw.com

Vadim J Rubinstein on behalf of Creditor LAFM Loan Owner, LLC
vrubinstein@loeb.com

Thomas B. Rupp on behalf of Creditor LeFever Mattson, a California corporation
trupp@kbkllp.com

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SR
phillip.shine@usdoj.gov

Wayne A. Silver on behalf of Creditor Denise Ebbett
ws@waynesilverlaw.com, ws@waynesilverlaw.com

Christopher Thomas on behalf of Plaintiff Fidelity National Title Insurance Company
christopher.thomas@fnf.com

Gerrick Warrington on behalf of Creditor KeyBank National Association
gwarrington@frandzel.com, achase@frandzel.com

Craig A. Welin on behalf of Creditor KeyBank National Association
cwelin@frandzel.com, bwilson@frandzel.com

Brooke Elizabeth Wilson on behalf of Other Prof. Official Committee of Unsecured Creditors of LeFever Mattson
bwilson@pszjlaw.com

Ryan A. Witthans on behalf of Trustee Janina M Hoskins
rwitthans@fhlawllp.com

Richard L. Wynne on behalf of Creditor KS MATTSON PARTNERS, LP
richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com

**II.    SERVICE OF ALL PAPERS BY UNITED STATES MAIL**
On June 9, 2026, I caused service of all the foregoing documents to be accomplished by United States mail, first class (unless otherwise noted), postage prepaid, and addressed as follows:

[*See attached service documents.*]

CERTIFICATE OF SERVICE                                                              6

Case: 24-10714   Doc# 258   Filed: 06/09/26   Entered: 06/09/26 13:11:36   Page 6 of 13

**III. SERVICE OF NOTICE ONLY BY UNITED STATES MAIL**

On June 9, 2026, I caused service of the Notice only to be accomplished by United States mail, first class (unless otherwise noted), postage prepaid, and addressed as follows:

[*See attached service documents.*]

Dated June 9, 2026

FINESTONE HAYES LLP

*/s/ Ryan A. Witthans*

Ryan A. Witthans
Attorneys for Janina M. Hoskins,
Chapter 7 Trustee

CERTIFICATE OF SERVICE 7

Case: 24-10714   Doc# 258   Filed: 06/09/26   Entered: 06/09/26 13:11:36   Page 7 of 13

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SANTA ROSA DIVISION

IN RE:

KENNETH W. MATTSON

CASE NO: 24-10714-DM

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No. 255

On 6/9/2026, I did cause a copy of the following documents, described below,

CHAPTER 7 TRUSTEE'S MOTION TO APPROVE STIPULATION WITH LFM PLAN RECOVERY TRUST CONCERNING SUBORDINATION OF CLAIMS ECF Docket Reference No. 255

DECLARATION OF JANINA M. HOSKINS IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION TO APPROVE STIPULATION BETWEEN THE LFM PLAN RECOVERY TRUST AND THE CHAPTER 7 TRUSTEE FOR KENNETH MATTSON CONCERNING SUBORDINATION OF CLAIMS 255-1

AMENDED NOTICE AND OPPORTUNITY FOR HEARING ON CHAPTER 7 TRUSTEE'S MOTION TO APPROVE STIPULATION WITH LFM PLAN RECOVERY TRUST CONCERNING SUBORDINATION OF CLAIMS 257

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/9/2026

/s/ Ryan A. Witthans
Ryan A. Witthans  301432

FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SANTA ROSA DIVISION

IN RE:

KENNETH W. MATTSON

CASE NO: 24-10714-DM

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 255

On 6/9/2026, a copy of the following documents, described below,

CHAPTER 7 TRUSTEE'S MOTION TO APPROVE STIPULATION WITH LFM PLAN RECOVERY TRUST CONCERNING SUBORDINATION OF CLAIMS ECF Docket Reference No. 255

DECLARATION OF JANINA M. HOSKINS IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION TO APPROVE STIPULATION BETWEEN THE LFM PLAN RECOVERY TRUST AND THE CHAPTER 7 TRUSTEE FOR KENNETH MATTSON CONCERNING SUBORDINATION OF CLAIMS 255-1

AMENDED NOTICE AND OPPORTUNITY FOR HEARING ON CHAPTER 7 TRUSTEE'S MOTION TO APPROVE STIPULATION WITH LFM PLAN RECOVERY TRUST CONCERNING SUBORDINATION OF CLAIMS 257

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/9/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Ryan A. Witthans
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA  94104

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

KENNETH W. MATTSON
C/O MICHELINE N. FAIRBANK
FENNEMORE
7800 RANCHARRAH PKWY
RENO, NV 89511

STACY MATTSON
C/O MICHELINE N. FAIRBANK
FENNEMORE
7800 RANCHARRAH PKWY
RENO, NV 89511

KENNETH W. MATTSON
P.O. BOX 4590
VACAVILLE, CA 95696

STACY MATTSON
P.O. BOX 4590
VACAVILLE, CA 95696

KENNETH W. MATTSON
3003 CASTLE ROAD
SONOMA, CA 95476

STACY MATTSON
3003 CASTLE ROAD
SONOMA, CA 95476

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

IN RE:

KENNETH W. MATTSON

CASE NO: 24-10714-DM

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No. 257

On 6/9/2026, I did cause a copy of the following documents, described below,

AMENDED NOTICE AND OPPORTUNITY FOR HEARING ON CHAPTER 7 TRUSTEE'S MOTION TO APPROVE STIPULATION WITH LFM PLAN RECOVERY TRUST CONCERNING SUBORDINATION OF CLAIMS ECF Docket Reference No. 257

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/9/2026

/s/ Ryan A. Witthans
Ryan A. Witthans  301432

FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
415-616-0466
rwitthans@fhlawllp.com

Case: 24-10714   Doc# 258   Filed: 06/09/26   Entered: 06/09/26 13:11:36   Page 11 of 13

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

IN RE:

KENNETH W. MATTSON

CASE NO: 24-10714-DM

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 257

On 6/9/2026, a copy of the following documents, described below,

AMENDED NOTICE AND OPPORTUNITY FOR HEARING ON CHAPTER 7 TRUSTEE'S MOTION TO APPROVE STIPULATION WITH LFM PLAN RECOVERY TRUST CONCERNING SUBORDINATION OF CLAIMS ECF Docket Reference No. 257

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/9/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Ryan A. Witthans
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA  94104

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

BASHAR AHMAD
BOUTIN JONES INC
555 CAPITOL MALL SUITE 1500
SACRAMENTO CA 95814-4603

GABRIELLE L ALBERT
KELLER BENVENUTTI KIM LLP
101 MONTGOMERY STREET
SUITE 1950
SAN FRANCSICO CA 94104-4154

AXOS BANK
4350 LA JOLLA VILLAGE DR
SUITE 100
SAN DIEGO CA 92122-1244

CA EMPLOYMENT DEVELOPMENT DEPT
BANKRUPTCY GROUP MIC 92E
PO BOX 826880
SACRAMENTO CA 94280-0001

CA FRANCHISE TAX BOARD
BANKRUPTCY GROUP
PO BOX 2952
SACRAMENTO CA 95812-2952

CHASE BANK
MAIL CODE LA27200
1414 WOODWARD AVE
RUSTON LA 71270-2015

CITIBANK NA
CITIBANK NA
5800 S CORPORATE PL
SIOUX FALLS SD 57108-5027

DIRECTV LLC
BY AIS INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

FINANCIAL PACIFIC LEASING INC
3455 S 44TH WAY STE 300
FEDERAL WAY WA 98001

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA PA 19101-7346

KURTZMAN CARSON CONSULTANTS LLC DBA VERITA
222 N PACIFIC COAST HIGHWAY
SUITE 300
EL SEGUNDO CA 90245-5614

KENNETH W MATTSON
PO BOX 5490
VACAVILLE CA 95696-5490

MR COOPER
ACCOUNT SERVICES
8950 CYPRESS WATERS BLVD
COPPELL TX 75019-4620

RANDY SUE POLLOCK
286 SANTA CLARA AVENUE
OAKLAND CA 94610-2624

CAROLINE SISCHO
SHEPPARD MULLIN RICHTER  HAMPTON LLP
350 S GRAND AVE 40TH FL
LOS ANGELES CA 90071-3406

PEGGY C SLAUGHTER
CO BOUTIN JONES INC
THOMAS G MOUZES ESQ
BASHAR AHMAD ESQ
555 CAPITOL MALL SUITE 1500
SACRAMENTO CA 95814-4603

SOTHEBYS INTERNATIONAL REALTY
117 GREENWICH STREET
SAN FRANCISCO CA 94111-1105

U S ATTORNEYS OFFICE NORTHERN DISTRICT
450 GOLDEN GATE AVENUE
9TH FLOOR
SAN FRANCISCO CA 94102-3419

UNITED STATES TRUSTEE
450 GOLDEN GATE AVE
5TH FLOOR STE 05-0153
SAN FRANCISCO CA 94102-3661

UNITED STATES TRUSTEE
501 I STREET SUITE 7500
SACRAMENTO CA 95814-7304

UNITED STATES OF AMERICA
DEPARTMENT OF JUSTICE
BOX 36055
SAN FRANCISCO CA 94102-3495

VILLAGE ASSOCIATES REAL ESTATE
93 MORAGA WAY SUITE 103
ORINDA CA 94563-3036