Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Telephone:    (415) 616-0466
Facsimile:    (415) 398-2820
Email:        sfinestone@fhlawllp.com
Email:        jhayes@fhlawllp.com
Email:        rwitthans@fhlawllp.com

Attorneys for Janina M. Hoskins,
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SANTA ROSA DIVISION

| | |
|---|---|
| In re KENNETH W. MATTSON,<br><br>Debtor. | Case No. 24-10714-DM<br>Chapter 7<br><br>**SUPPLEMENTAL CERTIFICATE OF SERVICE**<br><br>*See Docket No. 258 for original certificate of service.* |

  I am over the age of eighteen and not a party to this action. My business address is 456 Montgomery Street, Floor 20, San Francisco, CA 94104. I caused a true and correct copy of the following documents:

**CHAPTER 7 TRUSTEE'S MOTION TO APPROVE STIPULATION WITH LFM PLAN RECOVERY TRUST CONCERNING SUBORDINATION OF CLAIMS**

**DECLARATION OF JANINA M. HOSKINS IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION TO APPROVE STIPULATION BETWEEN THE LFM PLAN RECOVERY TRUST AND THE CHAPTER 7 TRUSTEE FOR KENNETH MATTSON CONCERNING SUBORDINATION OF CLAIMS**

**AMENDED NOTICE AND OPPORTUNITY FOR HEARING ON CHAPTER 7 TRUSTEE'S MOTION TO APPROVE STIPULATION WITH LFM PLAN RECOVERY TRUST CONCERNING SUBORDINATION OF CLAIMS** (the "Notice")

to be served in the manner(s) stated below.

CERTIFICATE OF SERVICE                   1

**I.    SERVICE OF ALL PAPERS BY UNITED STATES MAIL**

On June 9, 2026, I caused service of all the foregoing documents to be accomplished by United States mail, first class (unless otherwise noted), postage prepaid, and addressed as follows:

Kenneth W. Mattson
P. O. Box 2742
Napa, CA 94558-0742

Stacy Mattson
P. O. Box 2742
Napa, CA 94558-0742

Dated June 9, 2026

FINESTONE HAYES LLP

*/s/ Ryan A. Witthans*

Ryan A. Witthans
Attorneys for Janina M. Hoskins,
Chapter 7 Trustee

CERTIFICATE OF SERVICE                                                                                    2