United States Bankruptcy Court

Northern District of California

In re:                                                                                          Case No. 24-10714-HLB

Kenneth W. Mattson                                                                  Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-1                          User: admin                                    Page 1 of 3

Date Rcvd: Jun 18, 2026                       Form ID: NRC                                    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#              Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Kenneth W. Mattson, P.O. Box 5490, Vacaville, CA 95696-5490 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brooke Elizabeth Wilson | on behalf of Other Prof. Official Committee of Unsecured Creditors of LeFever Mattson bwilson@pszjlaw.com |
| Christopher Crowell | on behalf of Creditor Citizens Business Bank ccrowell@frandzel.com mbrandenberg@frandzel.com |
| Christopher Thomas | on behalf of Plaintiff Fidelity National Title Insurance Company christopher.thomas@fnf.com |
| Craig A. Welin | on behalf of Creditor KeyBank National Association cwelin@frandzel.com bwilson@frandzel.com |
| Dara Levinson Silveira | on behalf of Creditor LeFever Mattson a California corporation dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com |

Deanna K. Hazelton
> on behalf of U.S. Trustee Office of the U.S. Trustee / SR deanna.k.hazelton@usdoj.gov

Debra I. Grassgreen
> on behalf of Other Prof. Official Committee of Unsecured Creditors of LeFever Mattson dgrassgreen@pszjlaw.com hphan@pszjlaw.com

Elizabeth J. Cabraser
> on behalf of Interested Party Federal Plaintiffs ecabraser@lchb.com awolf@lchb.com

Gabrielle L. Albert
> on behalf of Creditor LeFever Mattson a California corporation galbert@kbkllp.com

Gerrick Warrington
> on behalf of Creditor KeyBank National Association gwarrington@frandzel.com achase@frandzel.com

Gregg Martin Ficks
> on behalf of Creditor Timothy J. LeFever gficks@coblentzlaw.com

Janina M Hoskins
> jmelder7@aol.com Ca80@ecfcbis.com

Jared A. Day
> on behalf of U.S. Trustee Office of the U.S. Trustee / SR jared.a.day@usdoj.gov

Jason Rosell
> on behalf of Other Prof. Official Committee of Unsecured Creditors of LeFever Mattson jrosell@pszjlaw.com mrenck@pszjlaw.com

Jay D. Crom
> jcrom@bachcrom.com

Jeannie Kim
> on behalf of Creditor Socotra Capital Inc. jkim@go2.law, wggllp@ecf.courtdrive.com

Jennifer C. Hayes
> on behalf of Trustee Janina M Hoskins jhayes@fhlawllp.com

John D. Fiero
> on behalf of Other Prof. Official Committee of Unsecured Creditors of LeFever Mattson jfiero@pszjlaw.com ocarpio@pszjlaw.com

Lance N. Jurich
> on behalf of Creditor LAFM Loan Owner LLC ljurich@loeb.com, pmatsuda@loeb.com

Mark J. Romeo
> on behalf of Creditor Reprop Financial Mortgage Investors LLC romeolaw@msn.com

Michael C. Fallon
> on behalf of Attorney Michael C Fallon mcfallon@fallonlaw.net manders@fallonlaw.net

Michael J. Gomez
> on behalf of Creditor KeyBank National Association mgomez@frandzel.com autodocket@frandzel.com

Office of the U.S. Trustee / SR
> USTPRegion17.SF.ECF@usdoj.gov

Phillip John Shine
> on behalf of U.S. Trustee Office of the U.S. Trustee / SR phillip.shine@usdoj.gov

Reno Fernandez
> on behalf of Creditor Samuel Haley reno@bindermalter.com ecf@macfern.com

Richard L. Wynne
> on behalf of Creditor KS MATTSON PARTNERS LP richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com

Robert B. Kaplan
> on behalf of Creditor Umpqua Bank rkaplan@jeffer.com

Ruth Elin Auerbach
> on behalf of Debtor Kenneth W. Mattson ruth.auerbach.esq@gmail.com

Ryan A. Witthans
> on behalf of Trustee Janina M Hoskins rwitthans@fhlawllp.com

Steven W Golden
> on behalf of Other Prof. Official Committee of Unsecured Creditors of LeFever Mattson sgolden@pszjlaw.com

Theodore A. Cohen
> on behalf of Creditor Socotra Capital Inc. TCohen@sheppardmullin.com, mtzeng@sheppardmullin.com

Thomas B. Rupp
> on behalf of Creditor LeFever Mattson a California corporation trupp@kbkllp.com

District/off: 0971-1

User: admin

Page 3 of 3

Date Rcvd: Jun 18, 2026

Form ID: NRC

Total Noticed: 1

Thomas G. Mouzes

on behalf of Creditor C.P. Grellas Partnership tmouzes@boutinjones.com  cdomingo@boutinjones.com

Thomas M. Geher

on behalf of Creditor Columbia Bank tgeher@jeffer.com  tmg@ecf.inforuptcy.com

Thomas Philip Kelly, III

on behalf of Interested Party Thomas Philip Kelly  III tomkelly@sonic.net

Todd S. Garan

on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS  as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QO3 ecfcanb@aldridgepite.com, TSG@ecf.inforuptcy.com

Vadim J Rubinstein

on behalf of Creditor LAFM Loan Owner  LLC vrubinstein@loeb.com

Wayne A. Silver

on behalf of Creditor Denise Ebbett ws@waynesilverlaw.com  ws@waynesilverlaw.com


TOTAL: 38

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| In Re:  Kenneth W. Mattson | Case No.: 24–10714 HLB 7 |
| | Chapter:  7 |

## REASSIGNMENT OF CASE

NOTICE TO BANKRUPTCY PRACTITIONERS, ATTORNEYS, TRUSTEES and INTERESTED PARTIES:

Effective 6/18/26, the above case is reassigned from the Honorable Dennis Montali to the Honorable Hannah L. Blumenstiel. The case number remains the same, however the designation will be changed from DM to HLB.

All interested parties are directed to use the same case number, but change to the new designation in all documents filed hereafter with the court.

Unless otherwise ordered, all matters currently scheduled for hearing will be heard on the date and time currently calendared.

Dated: 6/18/26                          For the Court:


                                        Edward J. Emmons
                                        Clerk of Court
                                        United States Bankruptcy Court