**Entered on Docket**
**June 22, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Telephone:     (415) 616-0466
Facsimile:     (415) 398-2820
Email:          jhayes@fhlawllp.com

Attorneys for Janina M. Hoskins,
Chapter 7 Trustee

**Signed and Filed: June 18, 2026**

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

In re

KENNETH MATTSON,

        Debtor.

Case No. 24-10714-HLB

Chapter 7

**ORDER GRANTING CHAPTER 7 TRUSTEE'S CLOOBECK MOTION**

Upon due consideration, based upon the Trustee's Amended Request for Entry of Order Authorizing Payment of Miscellaneous Chapter 7 Administrative Expenses (ECF 261, the "Amended Request") and the supporting declaration of counsel, and it appearing from those documents that notice is adequate, that no objections have been filed or received by the Trustee's counsel, and that good cause exists, the Court hereby orders as follows:

1.    The Amended Request and the related Motion (ECF 251) are granted.

2.    Without further Court order, the Chapter 7 Trustee is authorized to take those actions that she deems appropriate to implement the relief requested in the Motion and ordered by the Court.

3.    The Court's order is effective upon entry, and the stay otherwise imposed by Federal Rule of Civil Procedure 62(a) or otherwise shall not apply.

**\*\*END OF ORDER \*\***

1

**COURT SERVICE LIST**

*ECF Recipients Only*

Case: 24-10714    Doc# 264    Filed: 06/18/26    Entered: 06/22/26 09:02:48    Page 2 of 2