Bachecki, Crom & Co., LLP, CPA's
Jay D. Crom
400 Oyster Point Boulevard, Suite 106
South San Francisco, CA 94080
Telephone: (415) 398-3534

Accountants for Janina M. Hoskins, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 24-10714 |
| | Chapter 7 |
| KENNETH W. MATTSON | |
| Debtor. | |

FINAL APPLICATION FOR COMPENSATION BY ACCOUNTANT FOR TRUSTEE

TO:  THE HONORABLE HANNAH L. BLUMENSTIEL,
     UNITED STATES BANKRUPTCY JUDGE:

The application of Bachecki, Crom & Co., LLP, Certified Public Accountants,

respectfully represents:

Applicant is a firm of certified public accountants, duly authorized to practice in the State

of California.

Pursuant to order of the Court, applicant was employed as accountants for Janina M.

Hoskins, Trustee, as of December 5, 2025 in the above-entitled case by order dated December 10,

2025. Attached is a copy of the order (Exhibit A).

This application seeks compensation for the period December 5, 2025 through July 7,

2026.  Applicant neither requested nor received any prior compensation nor reimbursement in the

case.

Page 1

Case: 24-10714   Doc# 268   Filed: 07/10/26   Entered: 07/10/26 15:14:07   Page 1 of 7

<u>REQUEST FOR COMPENSATION</u>

Applicant spent 27.50 total hours of the time of accountants and associate employees, in performing the services set forth herein and as itemized on the detailed summary of time and services provided on the attached Exhibit B, for the seven-month period from December 2025 through July 2026.  Applicant represents that it rendered timely, extensive and thorough services in accordance with requirements of the case and to enable prompt administration.

Applicant respectfully submits that the sum of $15,941.00 constitutes reasonable compensation for its services rendered and to be rendered to the Trustee during this period of time, based on applicant's generally applicable rates at the times when the services were rendered.  Applicant requests reimbursement of costs incurred of $40.56.  Applicant discloses that it charges $.20 per page for copying costs, applicant requests that this sum be authorized for payment in full at this time.

No agreement has been made by any member of applicant's firm, or by any employee thereof, directly or indirectly, and no understanding exists for a division of fees prayed for with any other person or persons.  Applicant has not entered into any agreements, written or oral, express or implied, with any other party interest in the above-entitled case for the purpose of fixing the amount of any fee or compensation to be paid from the assets of the estate of the above-named debtors.

<u>DESCRIPTION OF SERVICES</u>

The following narrative description is not intended to be all-inclusive but reflects only major points of the services.

<u>Income Tax Analysis, Consultations and Return Preparation</u>

Applicant consulted with the Trustee and Trustee's Counsel regarding income tax reserves and income tax filing issues relating to the Estate's interest in real property.

Applicant reviewed tax information and prepared and updated a tax and cash flow analysis for real property located at 62 Farragut Ave #A in Piedmont, California.  Applicant assessed acquisition and improvement information to compute the Estate's tax basis.  Applicant analyzed

Case: 24-10714    Doc# 268    Filed: 07/10/26    Entered: 07/10/26 15:14:07    Page 2 of 7

various claim information to determine potentially deductible liens relating to business loss restitution claims held against the property.

Applicant conferred and corresponded with the Trustee and Counsel regarding an income tax holdback from escrow and regarding information needed to finalize estimates of Federal and California income taxes to be incurred on the real property sale, and regarding the timing of income tax payments and the filing of the final income tax returns..

Applicant reviewed IRS income tax transcripts for tax years 2015 through 2024.

Applicant prepared the California real property sale income tax withholding Form 593.

Applicant prepared the Federal and California income tax returns for the first and final fiscal year ending May 31, 2026. Applicant prepared disclosure statements to accompany the income tax returns indicating Debtor's bankruptcy filing and use of Debtor records to prepare returns. Applicant prepared a request for prompt assessment by the Internal Revenue Service and California Franchise Tax Board.

Applicant corresponded with the Trustee and Counsel regarding obtaining a Cloobeck order for payment of the income taxes incurred on the real property sale.

Applicant spent 26.20 hours with a corresponding cost of $15,096.00 for such services rendered.

Administration

Applicant prepared its declaration, the Trustee's application to employ accountant and a proposed order of employment and this final application for compensation.

Applicant spent 1.30 hours with a corresponding cost of $845.00 for such services rendered of which Applicant spent 0.8 hours for preparation of the application for compensation for a total cost of $520.00, an amount that is less than 5% of the total fees requested as per the guidelines.

RESPONSIBLE PERSONNEL

Jay D. Crom is a senior advisor for Bachecki, Crom & Co LLP (BCC). Mr. Crom joined BCC in 1980, was admitted as partner in 1986 and succeeded to the role of managing partner in

Page 3

Case: 24-10714    Doc# 268    Filed: 07/10/26    Entered: 07/10/26 15:14:07    Page 3 of 7

1998, the position he held through 2020. Mr. Crom served as a partner through 2025. Mr. Crom has practiced extensively in business valuations, financial consulting, bankruptcy taxation, transfers & insolvency analysis and bankruptcy & receivership accounting. Mr. Crom has been admitted as an expert in various Bankruptcy Courts. Mr. Crom's current hourly billing rate is $650.

Paula Law is a tax manager at Bachecki, Crom & Co LLP (BCC). Ms. Law graduated from San Francisco State University with a B.S. degree in Accounting. Ms. Law joined BCC in 1991 and has been practicing as a Certified Public Accountant since 1995. Ms. Law's current hourly billing rate is $475.

Jason Tang is a senior accountant at Bachecki, Crom & Co LLP (BCC). Mr. Tang graduated from San Francisco State University with a B.S. degree in Accounting. Mr. Tang joined BCC in 2004 and has been practicing as a Certified Public Accountant since 2004. Mr. Tang's current hourly billing rate is $385.

///

///

///

///

///

///

///

///

///

Case: 24-10714    Doc# 268    Filed: 07/10/26    Entered: 07/10/26 15:14:07    Page 4 of 7

<u>CONCLUSION</u>

WHEREFORE, applicant prays that hearing be held on notice to creditors, and that the Court allow and authorize payment to applicant of the sum of $15,941.00 as compensation for services rendered to the Trustee and the sum of $40.56 as costs.

<u>CERTIFICATION</u>

Under penalties of perjury, pursuant to the laws of the United States, I declare that I have read this document, and to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the United States Bankruptcy Court, Northern District of California Guidelines for compensation and expense reimbursement of professionals, except as specifically noted in the application. Compensation and expense reimbursement requested are billed at rates in accordance with practices, no less favorable than those customarily employed by the applicant and generally accepted by the applicant's clients.

DATED: July 7, 2026

BACHECKI, CROM & CO., LLP
Certified Public Accountants

By_____/s/ Jay D. Crom
                Jay D. Crom
Accountants for Janina M. Hoskins, Trustee

Page 5

Case: 24-10714   Doc# 268   Filed: 07/10/26   Entered: 07/10/26 15:14:07   Page 5 of 7

## TRUSTEE'S STATEMENT RE REVIEW OF FEE APPLICATION
(U.S. Trustee Guidelines, ¶2.2.2)

I, Janina M. Hoskins, hereby certify that I have read the foregoing fee application of Bachecki, Crom & Co., LLP, Certified Public Accountants, accountant for me as Trustee in the foregoing bankruptcy case of KENNETH W. MATTSON, case number 24-10714, and I have no objections to the fee application or the fees and costs requested therein.

Dated: July 10, 2026

/s/ Janina M. Hoskins
Janina M. Hoskins, Trustee

# Bachecki, Crom & Co., LLP

## Certified Public Accountants & Consultants
### Forensics · Valuation · Tax

_____

July 7, 2026

Janina M. Hoskins, Trustee
P.O. Box 158
Middletown, CA 95461

**Re:** KENNETH W. MATTSON (Case Number: 24-10714)

Dear Janina:

Pursuant to U.S. Trustee Guidelines ¶2.2.2, here is a draft of our final fee application for the above case for your review.

The court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees provide that a debtor in possession, a trustee or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals.

We invite you to discuss any objections, concerns or questions you may have with us.  The Office of the United States Trustee will also accept your comments.  The court will also consider timely filed objections by any party in interest at the time of the hearing.

If the application meets your approval, please sign the Trustee's Statement re: Review of Fee Application and fax or email back to us.

Please call if you have any questions or you can email me directly at jcrom@bachcrom.com.

Sincerely,


/s/ Jay D. Crom
    Jay D. Crom

_____
400 Oyster Point Blvd., Suite 106, South San Francisco, CA 94080
Tel (415) 398-3534　Fax (415) 788-0855　Email: bcc@bachcrom.com

Case: 24-10714　Doc# 368　Filed 07/18/25　Entered 07/10/26 15:14:07　Page 7 of 7