**Entered on Docket**
**September 8, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**The following constitutes the order of the Court.**
**Signed: September 7, 2026**

Cara Masako Porter

**CARA MASAKO PORTER**
**U.S. Bankruptcy Judge**

John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Facsimile: 415-263-7010
Email: jfiero@pszjlaw.com
jrosell@pszjlaw.com
gbrown@pszjlaw.com

*Counsel to Michael Goldberg,*
*the Plan Recovery Trustee in Case No. 24-10545*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re<br><br>KENNETH MATTSON,<br><br>Debtor. | Case No. 24-10714 (CMP)<br><br>Chapter 7<br><br>**ORDER GRANTING THE *EX PARTE* APPLICATION OF THE PLAN RECOVERY TRUSTEE FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING ORAL EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY JENNIFER MCCARTHY AND MICHAEL MCCARTHY** |

Upon consideration of the *Ex Parte Application of the Plan Recovery Trustee for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Oral Examination of and Production of Documents by Jennifer McCarthy and Michael McCarthy* [Doc. No. 272] (the "Application"), the record in this case, and for good and sufficient cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Application is GRANTED.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

2. Counsel for the Plan Recovery Trustee is authorized to issue subpoenas directed to **Jennifer McCarthy and Michael McCarthy**[1] requiring them to (a) complete their production, by **September 18, 2026**, of documents responsive to the Requests for Production (the "Requests") set forth substantially in the form attached hereto as **Exhibit 1**, and (b) provide oral testimony (the "Oral Testimony"), on a mutually agreed date no later than **October 23, 2026** (unless the PRT and Mr. and Ms. McCarthy agree to extend that date) relating to (i) their search for and possession, custody, or control of documents responsive to the Requests; and (ii) the subject matter of the Requests.

****END OF ORDER****

[1] The McCarthys' address is: 3561 Caballo Alto Ct., Reno, NV 89502.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**COURT SERVICE LIST**

*All ECF Participants.*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA